IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TEAMSTERS LOCAL UNION
NO. 2011,

      Appellant,

v.

FLORIDA POLICE
BENEVOLENT ASSOCIATION,
INC.; and STATE OF FLORIDA,
DEPARTMENT OF
MANAGEMENT SERVICES,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5861

_____/

Opinion filed September 25, 2017.

An appeal from Florida Public Employees Relations Commission.

Kimberly H. Schultz of Kimberly H. Schultz, P.A., Miami, for Appellant.

Thomas W. Brooks of Meyer, Brooks, Demma & Blohm, P.A., Tallahassee; and G. "Hal" Johnson and Stephanie D. Webster of Florida Police Benevolent Association, Tallahassee, for Appellee Florida Police Benevolent Association, Inc.

No appearance for Appellee State of Florida, Department of Management Services.


PER CURIAM.

      AFFIRMED.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.